**BROWER v. KILLENS**

[345 N.C. 625 (1997)]

STEPHEN MOORE BROWER v. ALEXANDER KILLENS, COMMISSIONER, NORTH CAROLINA DIVISION OF MOTOR VEHICLES

No. 322PA96

(Filed 7 March 1997)

On discretionary review of a unanimous decision of the Court of Appeals, 122 N.C. App. 685, 472 S.E.2d 33 (1996), affirming an order entered on 22 June 1995 by Albright, J., in Superior Court, Guilford County. Heard in the Supreme Court 14 February 1997.

*Smith, Follin & James, L.L.P., by Seth R. Cohen and Charles A. Lloyd, for petitioner-appellee.*

*Michael F. Easley, Attorney General, by Sondra C. Panico, Associate Attorney General, and Hal F. Askins, Special Deputy Attorney General, for respondent-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.